Magistrate Judge David W. Christel

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS CARMONA-GONZALES,<br><br>Defendant. | NO. CR13-5513 RJB<br><br>UNITED STATES' MOTION TO FILE OVERLENGTH OPPOSITION BRIEF<br><br>Note on Motion Calendar:<br>December 8, 2022 |

The United States requests permission to file an overlength response to defendant Carlos Carmona-Gonzales's motion to reopen the November 1, 2022 detention hearing or for temporary release (Dkt. 144). The United States' opposition brief is eight pages over the Court's default limit. *See* Local Crim. R. 12(b)(5).

Good cause supports this request. First, recounting the relevant facts and long procedural history of this case fills almost half of the government's 20-page brief. Those facts and history bear directly on Carmona-Gonzales's pending motion.

Second, the United States' brief quotes extensively from the detention hearing that Carmona-Gonzales is now moving to reopen. In support of his motion, Carmona-Gonzales did not provide the Court with the audio recording or a transcript of that hearing. The government obtained the audio recording this week. Our brief quotes several relevant statements made by defense counsel and by the Court at the hearing. Those quotations take up significant space in the United States' brief but are key to assessing Carmona-

U.S. Mot. to File Overlength Br. – 1
*United States v. Carmona-Gonzales* / CR13-5513 RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Gonzales's present arguments. (The United States is manually filing the audio recording as Exhibit 2 to its opposition brief.)

Finally, the United States' brief cites and analyzes a range of statutes, rules, and caselaw relevant to Carmona-Gonzales's arguments. Undersigned counsel has tried to keep the brief as concise as possible while fully addressing Carmona-Gonzales's arguments.

The United States thus asks the Court to accept the overlength opposition brief.

November 8, 2022                     Respectfully submitted,

                                     NICHOLAS W. BROWN
                                     United States Attorney

                                     *s/ Jonas Lerman*
                                     KRISTINE L. FOERSTER
                                     JONAS LERMAN
                                     Assistant United States Attorneys
                                     1201 Pacific Avenue, Suite 700
                                     Tacoma, WA 98402
                                     kristine.foerster@@usdoj.gov
                                     jonas.lerman@usdoj.gov

U.S. Mot. to File Overlength Br. – 2
*United States v. Carmona-Gonzales* / CR13-5513 RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800